THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. LORET, Appellant. [957 NYS2d 261] Present—Scudder, P.J., Fahey, Peradotto and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE JACKSON, Appellant. [957 NYS2d 261] Present—Smith, J.P., Centra, Fahey, Peradotto and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN LE, Appellant. [957 NYS2d 262] Present—Centra, J.P., Peradotto, Lindley, Valentino and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AHMIR COLE, Appellant. [957 NYS2d 262] Present—Scudder, P.J., Smith, Carni and Lindley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAPHAEL CASTILLO, Appellant. [957 NYS2d 262] Present—Scudder, P.J., Fahey, Carni, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARYL L. BURTON, Appellant. [957 NYS2d 262] Present—Scudder, P.J., Centra, Carni and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MURAD BEYAH, Appellant. [957 NYS2d 262] Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

In the Matter of RAMON ALVAREZ, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [957 NYS2d 261] Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

In the Matter of TOM THOMAS et al., Appellants, v CYNTHIA L. BOHEEN DAVIS, Assessor of Town of Clarendon, et al., Respondents. [957 NYS2d 261] Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.